# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| TERRANCE MOSLEY, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 07-0692-KD-M |
| WATSON BISHOP, | : |
| Defendant. | : |

## **JUDGMENT**

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's complaint be and is hereby DISMISSED with prejudice.

DONE this 29th day of May, 2009.

>   s/ Kristi K. DuBose
>   KRISTI K. DuBOSE
>   UNITED STATES DISTRICT JUDGE