# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TERRANCE LORENZO MOSLEY,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 07-0692-KD-M |
| **WATSON BISHOP,** | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised,, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3), and dated July 21, 2009 (doc. 39), is **ADOPTED** as the opinion of this Court.

Accordingly, the undersigned certifies that plaintiff's appeal is frivolous and not taken in good faith and his motion to proceed on appeal without prepayment of fees (docs. 38) is **DENIED**.

**DONE** this 23rd day of July, 2009.

 s/ Kristi K. DuBose  
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**